No. 98–7245. VASSELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7247. VAUTIER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7248. MCNEAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7250. SHERWOOD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7251. ROGERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7254. SEWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7257. RICKS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7270. TINSLEY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7271. BUMAN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98–7275. CROUSHORN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7277. AHMAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7281. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7282. TUTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–652. SBC COMMUNICATIONS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Motion of Texas Justice Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 98–653. BELL ATLANTIC CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari de-